Probation Form No. 35

(1/92)

wss

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

Ricardo Garcia

Docket No. 0208 1:1500608-02(KPF) & 0208
1:18CR00651-01(KPF)

On January 20, 2022, the above named was placed on Supervised Release for a period of 60 Months. He has complied with the rules and regulations of Supervised Release and is no longer in need of supervision. It is accordingly recommended that Ricardo Garcia be discharged from Supervised Release.

Respectfully submitted,

by    *Mike Nicholson*
_____
Michael P. Nicholson
U.S. Probation Officer Specialist

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Date this _____20th_____ day of _____May_____ , 20 _26_ .

_____
Honorable Katherine Polk Failla
U.S. District Judge